JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISADORE WEBB,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF ONTARIO, a municipal entity, and<br>DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 5:21-cv-00341-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 42]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Fictitiously named Defendants Does 1-10, inclusive, were previously **DISMISSED.**

3. Defendant City of Ontario shall have **JUDGMENT** in its favor, and against Plaintiff Isadore Webb. Plaintiff Isadore Webb shall take nothing by way of his Complaint. This action is **DISMISSED.**

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 22, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE